UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDJUAN C. SCOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>VALLADALIS, *et al.*,<br><br>    Defendants. | Case No.  1:20-cv-00752-NONE-BAM (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE AND FAILURE TO OBEY COURT ORDER<br><br>(Doc. No. 8) |

Plaintiff Edjuan C. Scott is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 15, 2020, plaintiff filed a motion to proceed *in forma pauperis* under 28 U.S.C. § 1915.  (Doc. No. 5.)  On June 17, 2020, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed *in forma pauperis* be denied and that he be required to pay the $400.00 filing fee in full to proceed with this action because he is subject to the three strikes bar under 28 U.S.C. § 1915(g) and the allegations in plaintiff's complaint do not satisfy the "imminent danger of serious physical injury" exception to § 1915(g).  (Doc. No. 7.)  Plaintiff did not file objections.

On July 16, 2020, the undersigned adopted the findings and recommendations in full and ordered plaintiff to pay the $400.00 filing fee in full within twenty-one (21) days.  (Doc. No. 8.) In that order, plaintiff was warned that failure to pay the filing fee within the specified time would

result in the dismissal of this action without further notice. (*Id.* at 2.)

The relevant time period for plaintiff to pay the filing fee has expired, and plaintiff has not paid the filing fee or otherwise communicated with the court. Because plaintiff has failed to obey the court's order and pay the appropriate filing fee, this case cannot proceed. This matter will be dismissed. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260–61. (9th Cir. 1992).

Accordingly:

1. This action is dismissed, without prejudice, for plaintiff's failure to comply with the court's order of July 16, 2020, (Doc. No. 8), and his failure to pay the filing fee; and
2. The Clerk of the Court is directed to terminate all pending motions and deadlines and close this action.

IT IS SO ORDERED.

Dated:  **August 28, 2020**

UNITED STATES DISTRICT JUDGE